1  JAMES A. McDEVITT
   United States Attorney
2  Eastern District of Washington
   JAMES P. HAGARTY
3  Assistant United States Attorney
   402 E. Yakima Avenue, Suite 210
4  Yakima, WA  98901-2760
   Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 0 9 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,           )
                                    )   NO: MJ-05-4216-1
             Plaintiff,             )
                                    )
     v.                             )   **ORDER DISMISSING**
                                    )   **COMPLAINT AND QUASHING**
GIANNI P. ALAIMO,                   )   **WARRANT**
                                    )
             Defendant.             )
_____)

   IT IS HEREBY ORDERED that the Complaint in the above-entitled matter is dismissed and the associated warrant is quashed.  The Court makes no judgment as to the merit or wisdom of this dismissal.

   DATED this 9th day of December, 2005.

                                   /s/ Michael W. Leavitt
                                   MICHAEL W. LEAVITT
                                   UNITED STATES MAGISTRATE JUDGE